IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **JULIO COLON-MALDONADO,** <br><br> **Defendant**. | **CRIMINAL NO. 14-387-2 (PAD)** <br> **CRIMINAL NO. 14-754-6 (PAD)** |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreño-Coll regarding the Rule 11 proceeding of defendant, Julio Colón-Maldonado (Docket No. 273), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count Five of the indictment in Criminal Case No. 14-387, and Counts Two, Three, and Four of the indictment in Criminal Case No. 14-754 and a forfeiture allegation.

The court notes that a Presentence Investigation Report was ordered (Docket No. 270). The parties shall file their sentencing memoranda not later than August 16, 2016. The Sentencing Hearing is set for August 26, 2016 at 9:30 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of May, 2016.

S/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO HERNANDEZ<br>
United States District Judge